

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2024

No. 04-23-00690-CR

**EX PARTE** Paulin **GONZALEZ DELGADILLO**

From the County Court, Kinney County, Texas
Trial Court No. 10855CR
Honorable Susan D. Reed, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, we **DISMISS** Paulin Gonzalez Delgadillo's appeal of the denial of his application for pretrial writ of habeas corpus for want of jurisdiction. We further consider Gonzalez Delgadillo's appeal as a petition for writ of mandamus and **CONDITIONALLY GRANT** the petition. We **ORDER** the Honorable Susan D. Reed to issue a writ of habeas corpus within 14 days of the date of this order, to hold a hearing on the writ, and to rule on the merits of the claim presented in Gonzalez Delgadillo's habeas application in a timely manner and before requiring Gonzalez Delgadillo to appear for an in-person hearing or for trial in the underlying criminal case. The mandamus writ will issue only in the event we are informed Judge Reed has failed to comply with this order.

The temporary stay of proceedings in the underlying criminal case is **LIFTED** with the underlying criminal case to proceed in accordance with this order and this court's opinion.

It is so **ORDERED** on July 24, 2024.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2024.

_____
Luz Estrada, Chief Deputy Clerk